KEVIN A. DARBY, ESQ., #7670            *Electronically filed 03/02/2010*
TRICIA M. DARBY, ESQ., #7956
DARBY LAW PRACTICE, LTD.
4777 Caughlin Parkway
Reno, Nevada 89519
Tel.  775.322.1237
Fax  775.996.7290
kevin@darbylawpractice.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:                                              CASE NO.    BK-N-09-53101-gwz
LISA BEVACQUA,

    Debtor.                            **NOTICE OF ELECTION TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1307(a)**

_____/    No Hearing Required.

      LISA BEVACQUA, by and through her counsel, DARBY LAW PRACTICE, LTD. hereby exercises her right under 11 U.S.C. §1307(a) to convert this case from a case under Chapter 13 to a case under Chapter 7 of the United States Bankruptcy Code.

      DATED this 2nd day of March, 2010.

                                                      DARBY LAW PRACTICE LTD.

                                                      */s/ Kevin A. Darby*
                                          By:_____
                                             KEVIN A. DARBY
                                             Attorney for Debtor